**No. 68927.**—Louis Marx & Co., Inc. *v.* United States, protest 64/7804 (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights or snow scenes similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 8, 1964

**No. 68928.**—Buhler Brothers, Inc., and Gehrig Hoban & Co., Inc. *v.* United States, protests 58/13733, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of parts of food preparing machines similar in all material respects to those the subject of *Standard Milling Co.* v. *United States* (50 Cust. Ct. 53, C.D. 2388), the claim of the plaintiffs was sustained.

**No. 68929.**—Amity Fabric, Inc., et al. *v.* United States, protests 62/13185, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiffs was sustained.